**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>Randolph Scott James, )<br>)<br>   Defendant. )<br>_____) | CR 07-0844-PCT-NVW<br><br>**DETENTION ORDER** |

On December 4, 2007, defendant, Randolph Scott James, appeared before this Court on a petition to revoke conditions of release. The Court considered the information provided to the Court, and the arguments of counsel, in determining whether the defendant should be released on conditions set by the Court.

The Court finds, by clear and convincing evidence, that the defendant has violated the conditions of release as alleged in the petition and that he is unlikely to abide by any condition or combination of conditions of release. 18 U.S.C. § 3148(b).

IT IS THEREFORE ORDERED that the order of release is REVOKED and that defendant be detained pending further proceedings.

DATED this 4th day of December, 2007.

_____
David K. Duncan
United States Magistrate Judge